Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                      Case No.:  18–15966–VFP
                      Chapter:  7
                      Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elegant Marble & Granite, Inc.
   16 Leliarts Lane
   Elmwood Park, NJ 07407

Social Security No.:

Employer's Tax I.D. No.:
   59–3566708

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 21, 2023</u>                <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court